IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00206-M-BM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARTAVIOUS AHMAD TYSON,

    Defendant.

ORDER

This matter comes before the court on Defendant's Motion to Suppress Evidence [DE 56]. The motion is set for an evidentiary hearing to commence on November 5, 2025, at 2:00 p.m. in Courtroom 1, Alton Lennon Federal Courthouse, 2 Princess Street, Wilmington, North Carolina.

The arraignment hearing currently scheduled for the October 21, 2025, term of court is CONTINUED to the December 9, 2025, term of court. The court has determined that the ends of justice served by continuing the hearing outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned by continuing the arraignment hearing shall therefore be excluded in computing Defendant's speedy-trial time. *See* 18 U.S.C. § 3161(h)(1)(D), (7).

SO ORDERED this 2d day of October, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE